

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Robanda International Inc

**Plaintiff,**

V.

Nina Parkinson, et al

**Defendant.**

```
FILED
7/22/2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:              L. Hammer  , Deputy
```

Civil No.  13cv490-BTM(BLM)

**STRICKEN DOCUMENT:**

Request for Judicial Notice

**Per Order #     16**

6